# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# WESTERN DIVISION

| | |
|---|---|
| NATIVIDA MERCADO MEDINA, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 7:23-cv-01135-MHH-NAD |
| ) | |
| WARDEN K. NEELY, ) | |
| ) | |
| Respondent. ) | |

## MEMORANDUM OPINION

Petitioner Nativida Mercado Medina filed a *pro se* petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  (Doc. 1).  On May 7, 2024, the magistrate judge entered a report in which he recommended that the Court dismiss this habeas petition with prejudice.  (Doc. 10).  The magistrate judge advised the parties of their right to file objections to the report and recommendation within 14 days.  (Doc. 10 at 7-8).  The Court has not received objections.

Having reviewed the materials in the Court's electronic docket, including the report and recommendation, the Court adopts the magistrate judge's findings and accepts his recommendation.  By separate order, the Court will dismiss this action with prejudice.

**DONE** and **ORDERED** this May 31, 2024.

_____
**MADELINE HUGHES HAIKALA**
UNITED STATES DISTRICT JUDGE